ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Purnell Construction Co., LLC ) ASBCA No. 59324
)
Under Contract No. W912P8-09-D-0042 )

APPEARANCE FOR THE APPELLANT: S. Leo Arnold, Esq.
Ashley, Ashley & Arnold
Dyersburg, TN

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
William G. Meiners, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, New Orleans

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 October 2015

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59324, Appeal of Purnell Construction Co., LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals